# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
(Hon. Barbara A. McAuliffe)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CRISTOBAL VALENCIA (1),<br><br>　　　　　Defendant. | CASE NO. 12-CR-0217-AWI-BAM<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

　　GOOD CAUSE appearing, and based upon the Stipulation of the parties (Docket No. 19), it is hereby ordered that the Status Conference currently set for February 25, 2013, at 1:00 p.m. is continued to March 11, 2013 at 1:00 P.M. before Judge McAuliffe. Time is excluded for case preparation, defense counsel availability and settlement exploration.

IT IS SO ORDERED.

　Dated:　**February 22, 2013**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

12-CR-0217-AWI-BAM