UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Hon. Anthony W. Ishii)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRISTOBAL VALENCIA,<br><br>Defendant. | CASE NO. 12-CR-0217-AWI-DLB<br><br>**ORDER TO CONTINUE SENTENCING HEARING** |

GOOD CAUSE appearing and based upon the stipulation of the parties, the sentencing hearing currently set for June 10, 2013 at 10:00 a.m. is hereby continued to the date of July 1, 2013 at 10:00 a.m. The Defendant shall remain detained without bond.

IT IS SO ORDERED:

Dated:__June 7, 2013_____   _/s/ Anthony W. Ishii_____
                            Hon. Anthony W. Ishii
                            United States District Judge